UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | § | Chapter 7 |
| | § | |
| LARRY J. CAMPBELL | § | Case Number: 13-84171 |
| | § | |
| Debtor. | § | JUDGE THOMAS M. LYNCH |

## CERTIFICATE OF SERVICE

The undersigned certifies that on __November 28__, 2016, she served upon all persons to whom it is directed via electronic communication as indicated below and by United States Mail as indicated on the attached service list, a copy of the Notice of Trustee's Final Report.

Attorney David Leibowitz
420 W Clayton St
Waukegan, IL 60085

Patrick Layng
Office of the U.S. Trustee
780 Regent Street, Suite 304
Madison, WI 53715

　　　　　　　　　　　　　　　　　　　　　　　　/s/ Marti Maravich

Joseph D. Olsen, Trustee
Yalden, Olsen & Willette
1318 East State Street
Rockford, IL 61104-2228
815-965-8635
815-965-4573 (facsimile)

Larry Campbell
1080 Briden Drive Apt 4
Marengo, IL 60152-2941

AFNI
PO Box 3097
Bloomington, IL 61702-3097

AT&T
PO Box 6416
Lisle, IL 60532-7416

American Center for Spine
712 S. Milwaukee Avenue
Libertyville, IL 60048-3279

(p)AMERICOLLECT INC
PO BOX 2080
MANITOWOC WI 54221-2080

Anil Khurana
15 Tower Ct.
#140
Gurnee, IL 60031-3338

Armor Systems Co.
1700 Kiefer Drive
Suite 1
Zion, IL 60099-5105

Aurora Medical Center
750 W. Virginia St.
P.O. Box 341880
Milwaukee, WI 53234-1880

Automated Accounts Management
4800 Mills Civic Pkwy.
Suite 202
West Des Moines, IA 50265-5265

(p)BOULDER CREDIT SERVICES
3250 W BIG BEAVER ROAD STE 101
TROY MI 48084-2902

Centegra Health System
385 Millennium Drive
Crystal Lake, IL 60012-3761

Certified Services
1733 Washington St.
Suite 201
Waukegan, IL 60085-5192

Charter Communications
PO Box 790086
St. Louis, MO 63179-0086

ComEd
P.O. Box 6111
Carol Stream, IL 60197-6111

Comcast
PO Box 3001
Southeastern PA, 19398-3001

Contract Callers
1058 Claussen Road
Suite 110
Augusta, GA 30907-0301

Credit Management
4200 International Pkwy.
Carrollton, TX 75007-1912

Credit Protection Association
13355 Noel Rd.
Suite 2100
Dallas, TX 75240-6837

Department of the Treasury- IRS
PO Box 7346
Philadelphia, PA 19101-7346

Edwin Gumpas, MD
44 N Virginia St Suite 2B
Crystal Lake, IL 60014-4156

(p)CHOICE RECOVERY INC
1550 OLD HENDERSON ROAD
STE 100
COLUMBUS OH 43220-3662

Froedtert Hospital
9200 W. Wisconsin Ave.
Milwaukee, Wisconsin 53226-3596

GMAC
PO Box 380901
Bloomington, MN 55438-0901

Garelli Grogan Hesse & Hauert
340 W. Butterfield Rd., Ste. 2A
Elmhurst, IL 60126-5042

Global Medical Imaging
25 Tower Ct.
Gurnee, IL 60031-3318

Great Lakes Credit Union
2525 Green Bay Rd.
North Chicago, IL 60064-3012

Great Lakes Educational Loan Services
PO Box 530229
Atlanta, GA 30353-0229

Guaranty Best Bank
3900 Fountain Square Pl
Waukegan, IL 60085-6708

I C System Inc.
PO Box 64378
St. Paul, MN 55164-0378

| | | |
|---|---|---|
| IBJI-Lake Forest Orthopedics<br>1200 N Westmoreland Rd #100<br>Lake Forest, IL 60045-1601 | Illinois Collection Serivce<br>PO Box 1010<br>Tinley Park, IL 60477-9110 | Keynote Consulting<br>220 W. Campus Dr.<br>Suite 102<br>Arlington Heights, IL 60004-1498 |
| Lake County Anesthesiologists<br>801 S. Milwaukee Ave.<br>Libertyville, IL 60048-3204 | Lake County Health Dept.<br>2400 Belvidere Rd<br>Waukegan, IL 60085-6191 | Lake County Neuromonitoring<br>712 S. Milwaukee Ave.<br>Libertyville, IL 60048-3279 |
| MEA-AEA Kenosha<br>10400 75th St.<br>Kenosha, WI 53142-7884 | Med-Health Financial Service<br>10200 W. Innovation Dr.<br>Suite 100<br>Milwaukee, WI 53226-4826 | Medical College Physicians<br>9200 W Wisconsin Ave<br>Milwaukee, WI 53226-3522 |
| Mobile Management Inc.<br>c/o Sanford Kahn<br>180 North LaSalle Street, Suite 2025<br>Chicago, Illinois 60601-2611 | Peoples Gas<br>P.O. Box 19100<br>Green Bay, WI 54307-9100 | Preferred Capital Lending, Inc.<br>368 W Huron St.<br>#400n<br>Chicago, IL 60654-3424 |
| R&B Receivables Management<br>860 S. Northpoint Blvd.<br>Waukegan, IL 60085-8201 | Sanford Kahn, Ltd.<br>180 N. LaSalle St.<br>Ste. 2025<br>Chicago, IL 60601-2612 | Santander Consumer USA<br>PO Box 961245<br>Fort Worth, TX 76161-0244 |
| Scott & Goldman<br>8081 Stanton Ave.<br>Buena Park, CA 90620-3248 | Southwest Credit Systems<br>5910 W. Plano Pkwy.<br>Suite 100<br>Plano, TX 75093-2202 | State Collection Service<br>2905 S. Stoughton<br>Madison, WI 53716 |
| (p)C O AMERICAN INFOSOURCE LP<br>4515 N SANTA FE AVE<br>OKLAHOMA CITY OK 73118-7901 | Thomas Pinto, MD<br>248 E Grand Ave.<br>Fox Lake, IL 60020-1656 | Trident Asset Management<br>PO Box 888424<br>Atlanta, GA 30356-0424 |
| U.S. Dept. of Education<br>Direct Loan Servicing Center<br>PO Box 5202<br>Greenville, TX 75403-5202 | Wonder Lake Veterinary Clinc<br>4405 E. Wonder Lake Rd.<br>Wonder Lake, IL 60097-8735 | David P Leibowitz ESQ<br>Leibowitz Law Center<br>420 Clayton Street<br>Waukegan, IL 60085-4216 |