**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

In re: CAMPBELL, LARRY J.    § Case No. 13-84171
§
§
Debtor(s)    §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

JOSEPH D. OLSEN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $4,041.00                Assets Exempt: $4,041.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $25,214.83    Claims Discharged
                                                Without Payment: $0.00

Total Expenses of Administration: $77,513.20

3) Total gross receipts of $ 144,803.52 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 42,075.49 (see **Exhibit 2**), yielded net receipts of $102,728.03 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $10,742.21 | $10,742.21 | $10,742.21 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 77,513.20 | 77,513.20 | 77,513.20 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 14,472.62 | 14,472.62 | 14,472.62 |
| **TOTAL DISBURSEMENTS** | $0.00 | $102,728.03 | $102,728.03 | $102,728.03 |

    4) This case was originally filed under Chapter 7 on December 17, 2013. The case was pending for 38 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 02/15/2017          By: /s/JOSEPH D. OLSEN
                                             Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 −GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| P.I. case | 1242-000 | 144,803.52 |
| **TOTAL GROSS RECEIPTS** | | **$144,803.52** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 −FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Larry Campbell | Per Court order 7/11/16 - exemption to Debtor | 8100-002 | 15,000.00 |
| CAMPBELL, LARRY J. | | 8200-002 | 27,075.49 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$42,075.49** |

## EXHIBIT 3 −SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Centegra Health Systems | 4220-000 | N/A | 888.00 | 888.00 | 888.00 |
| | Adult & Pediatric Orthopedics | 4220-000 | N/A | 207.94 | 207.94 | 207.94 |
| | Rockford Memorial Hospital | 4220-000 | N/A | 396.27 | 396.27 | 396.27 |
| | Barrington Pain & Spine Institute | 4220-000 | N/A | 9,000.00 | 9,000.00 | 9,000.00 |
| | Goldberg Weisman Cairo | 4220-000 | N/A | 250.00 | 250.00 | 250.00 |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$10,742.21** | **$10,742.21** | **$10,742.21** |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 4 –CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH D. OLSEN | 2100-000 | N/A | 8,386.40 | 8,386.40 | 8,386.40 |
| JOSEPH D. OLSEN | 2200-000 | N/A | 262.99 | 262.99 | 262.99 |
| Yalden Olsen & Willette | 3110-000 | N/A | 2,250.75 | 2,250.75 | 2,250.75 |
| Damisch & Damisch, Ltd. | 3210-600 | N/A | 66,556.56 | 66,556.56 | 66,556.56 |
| Rabobank, N.A. | 2600-000 | N/A | 56.50 | 56.50 | 56.50 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $77,513.20 | $77,513.20 | $77,513.20 |

**EXHIBIT 5 –PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

**EXHIBIT 6 –PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

**EXHIBIT 7 –GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Great lakes Credit Union | 7100-000 | N/A | 791.53 | 791.53 | 791.53 |
| 1I | Great lakes Credit Union | 7990-000 | N/A | 3.19 | 3.19 | 3.19 |
| 2 | Great lakes Credit Union | 7100-000 | N/A | 800.83 | 800.83 | 800.83 |
| 2I | Great lakes Credit Union | 7990-000 | N/A | 3.23 | 3.23 | 3.23 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 3 | Global Medical Imaging SC | 7100-000 | N/A | 1,446.63 | 1,446.63 | 1,446.63 |
| 3I | Global Medical Imaging SC | 7990-000 | N/A | 5.84 | 5.84 | 5.84 |
| 4 | Lake County Anesthesiologists Ltd. | 7100-000 | N/A | 248.47 | 248.47 | 248.47 |
| 4I | Lake County Anesthesiologists Ltd. | 7990-000 | N/A | 1.00 | 1.00 | 1.00 |
| 5 | Universal Funds | 7100-000 | N/A | 11,127.00 | 11,127.00 | 11,127.00 |
| 5I | Universal Funds | 7990-000 | N/A | 44.90 | 44.90 | 44.90 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $14,472.62 | $14,472.62 | $14,472.62 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 13-84171  
**Case Name:** CAMPBELL, LARRY J.  

**Trustee:** (330400) JOSEPH D. OLSEN  
**Filed (f) or Converted (c):** 12/17/13 (f)  
**§341(a) Meeting Date:** 01/16/14  

**Period Ending:** 02/15/17  
**Claims Bar Date:** 06/27/16

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1  Checking, savings or other financial accounts, C | 25.00 | 0.00 | | 0.00 | FA |
| 2  Security deposits with public utilities, Securit | 816.00 | 0.00 | | 0.00 | FA |
| 3  Household goods and furnishings, including House | 1,000.00 | 0.00 | | 0.00 | FA |
| 4  Clothing | 200.00 | 0.00 | | 0.00 | FA |
| 5  2002 Chevrolet Blazer (179,684 miles) | 1,500.00 | 0.00 | | 0.00 | FA |
| 6  2000 Dodge Caravan (175,000 miles) Purchased for | 500.00 | 0.00 | | 0.00 | FA |
| 7  2 dogs | 0.00 | 0.00 | | 0.00 | FA |
| 8  P.I. case  (u) | 900,000.00 | 200,000.00 | | 144,803.52 | FA |
| 8  Assets  Totals (Excluding unknown values) | **$904,041.00** | **$200,000.00** | | **$144,803.52** | **$0.00** |

**Major Activities Affecting Case Closing:**

This was a PI case that was resolved during the reporting period. The Trustee received about $300,000. The Trustee has made distribution to outside counsel for attorney fees, costs as well to other lien claimants against the PI proceeds. This was done in December 2016.

**Initial Projected Date Of Final Report (TFR):** December 31, 2017      **Current Projected Date Of Final Report (TFR):** November 22, 2016 (Actual)

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 13-84171  
**Case Name:** CAMPBELL, LARRY J.  

**Taxpayer ID #:** **-***6294  
**Period Ending:** 02/15/17  

**Trustee:** JOSEPH D. OLSEN (330400)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******6766 - Checking Account  
**Blanket Bond:** $1,500,000.00  (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 09/19/16 | {8} | North America Central School Bus LLC | P.I. settlement | 1242-000 | 144,803.52 | | 144,803.52 |
| 09/22/16 | 101 | Damisch & Damisch, Ltd. | Atty Fees - $65,000/costs - $1,556.56 (per Court Order 7/11/16) | 3210-600 | | 66,556.56 | 78,246.96 |
| 09/22/16 | 102 | Larry Campbell | Per Court order 7/11/16 - exemption to Debtor | 8100-002 | | 15,000.00 | 63,246.96 |
| 09/27/16 | 103 | Centegra Health Systems | | 4220-000 | | 888.00 | 62,358.96 |
| 09/27/16 | 104 | Adult & Pediatric Orthopedics | | 4220-000 | | 207.94 | 62,151.02 |
| 09/27/16 | 105 | Rockford Memorial Hospital | | 4220-000 | | 396.27 | 61,754.75 |
| 09/27/16 | 106 | Barrington Pain & Spine Institute | | 4220-000 | | 9,000.00 | 52,754.75 |
| 09/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 56.50 | 52,698.25 |
| 10/11/16 | 107 | Goldberg Weisman Cairo | | 4220-000 | | 250.00 | 52,448.25 |
| 12/27/16 | 108 | Yalden Olsen & Willette | | 3110-000 | | 2,250.75 | 50,197.50 |
| 12/27/16 | 109 | JOSEPH D. OLSEN | | 2200-000 | | 262.99 | 49,934.51 |
| 12/27/16 | 110 | JOSEPH D. OLSEN | | 2100-000 | | 8,386.40 | 41,548.11 |
| 12/27/16 | 111 | Great lakes Credit Union | | 7100-000 | | 791.53 | 40,756.58 |
| 12/27/16 | 112 | Great lakes Credit Union | | 7990-000 | | 3.19 | 40,753.39 |
| 12/27/16 | 113 | Great lakes Credit Union | | 7100-000 | | 800.83 | 39,952.56 |
| 12/27/16 | 114 | Great lakes Credit Union | | 7990-000 | | 3.23 | 39,949.33 |
| 12/27/16 | 115 | Global Medical Imaging SC | | 7100-000 | | 1,446.63 | 38,502.70 |
| 12/27/16 | 116 | Global Medical Imaging SC | | 7990-000 | | 5.84 | 38,496.86 |
| 12/27/16 | 117 | Lake County Anesthesiologists Ltd. | | 7100-000 | | 248.47 | 38,248.39 |
| 12/27/16 | 118 | Lake County Anesthesiologists Ltd. | | 7990-000 | | 1.00 | 38,247.39 |
| 12/27/16 | 119 | Universal Funds | | 7100-000 | | 11,127.00 | 27,120.39 |
| 12/27/16 | 120 | Universal Funds | | 7990-000 | | 44.90 | 27,075.49 |
| 12/27/16 | 121 | CAMPBELL, LARRY J. | | 8200-002 | | 27,075.49 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 144,803.52 | 144,803.52 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 144,803.52 | 144,803.52 | |
| | | | Less: Payments to Debtors | | | 42,075.49 | |
| | | | **NET Receipts / Disbursements** | | **$144,803.52** | **$102,728.03** | |

{} Asset reference(s)

Printed: 02/15/2017 12:56 PM    V.13.28

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| | |    | | |
|---|---|---|---|---|
| **Case Number:** | 13-84171 | | **Trustee:** | JOSEPH D. OLSEN (330400) |
| **Case Name:** | CAMPBELL, LARRY J. | | **Bank Name:** | Rabobank, N.A. |
| | | | **Account:** | ******6766 - Checking Account |
| **Taxpayer ID #:** | **-***6294 | | **Blanket Bond:** | $1,500,000.00  (per case limit) |
| **Period Ending:** | 02/15/17 | | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|

```
            Net Receipts :      144,803.52
      Less Payments to Debtor :  42,075.49
                              _____
              Net Estate :     $102,728.03
```

| | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | |
| **Checking # ******6766** | 144,803.52 | 102,728.03 | 0.00 |
| | $144,803.52 | $102,728.03 | $0.00 |

{} Asset reference(s)                                                                                     Printed: 02/15/2017 12:56 PM    V.13.28